# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEVERLY AND WAYNE PAPANIA

VERSUS

JA-ROY EXTERMINATING
SERVICES OF ST. TAMMANY, LLC

NO.  2025 CW 0488

AUGUST 18, 2025

---

In Re:   Gemini Insurance Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202310425.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT